**SUE H. SORUM**
CHIEF U.S. PROBATION OFFICER
501 "I" Street, Suite 2500
SACRAMENTO, 95814-2322
(916) 930-4300

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

REPLY TO:
501 "I" Street, Suite 2500
SACRAMENTO 95814-2322
TEL: (916) 930-4300
FAX: (916) 930-4380
**(HEADQUARTERS)**

June 1, 2005

The Honorable Gregory G. Hollows
United States Magistrate Judge
Sacramento, California

> RE: Christopher L. FRENCH
> Docket Number: 2:03CR00319
> <u>CLOSURE AND DISMISSAL OF
> PREJUDGMENT PROBATION</u>

Your Honor:

On December 15, 2003 the above-named defendant was placed on 12 months probation pursuant to Title 18 United States Code 3607, after being charged with and pleading guilty to a violation of Title 21 United States Code 844(a).

The defendant's probation expired on December 14, 2004, but no order of termination was ever entered. Therefore, it is respectfully requested the Court order dismissal of the proceedings without entering a judgment of conviction.

Respectfully,

Karen A. Meusling
Supervising United States Probation Officer

cc: AUSA - Misdemeanor Unit

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket Number: 2:03CR00319-01 |
| ) | |
| vs. ) | |
| ) | |
| CHRISTOPHER L. FRENCH ) | |

DISCHARGE AND DISMISSAL

ON

ORDER OF PREJUDGMENT PROBATION
18 USC 3607

---

The COURT hereby discharges defendant from the terms of supervision and dismisses those proceedings under which supervision has been ordered.

June 10, 2005
Date

GREGORY G. HOLLOWS
Gregory G. Hollows
United States Magistrate Judge

cc: Assistant United States Attorney

Rev. 01/2004
PREJUDG.DIS